IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00745-AP

SONNIE F. GUSTAMANTES,

        Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                                      For Plaintiff:
                                      Gail C. Harriss, Esq.
                                      Dawes and Harriss, P.C.
                                      572 East Third Avenue
                                      Durango, CO 81301
                                      (970) 247-4411, ext. 18
                                      E-mail: Gail.harriss@dawesandharriss.com

                                      For Defendant:
                                      Teresa H. Abbott
                                      Special Assistant United States Attorney

                                      *Mailing Address:*
                                      *1961 Stout Street, Suite 1001A*
                                      *Denver, Colorado  80294*
                                      E-mail: Teresa.Abbott@ssa.gov

                                      *Street Address:*
                                      1225 Seventeenth Street, Suite 700
                                      Denver, Colorado 80202
                                      (303) 454-0100
                                      (303) 454-0404 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.     **Date Complaint Was Filed:** April 19, 2006

   B.     **Date Complaint Was Served on U.S. Attorney's Office:** May 26, 2006

   C.     **Date Answer and Administrative Record Were Filed**: July 25, 2006

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Defendant states the record is complete.

Plaintiff states that to the best of her knowledge, the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Defendant states there is no additional evidence.

Plaintiff states that no additional evidence is anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Defendant states this case raises no unusual claims or defenses.

Plaintiff states that to the best of her knowledge, this case does not involve unusual claims or defenses.

**7.     OTHER MATTERS**

None anticipated.

**8. PROPOSED BRIEFING SCHEDULE**

   A.     **Plaintiff's Opening Brief Due:** September 14, 2006

  B. **Defendant's Response Brief Due:** October 14, 2006

  C. **Plaintiff's Reply Brief (If Any) Due:** October 29, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

  A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

  B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

  A. ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  B. (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

  DATED this 15th day of August, 2006.

BY THE COURT:

**John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

s/  Gail C. Harriss
Gail Harriss
Dawes And Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 18
E-mail: Gail.harriss@dawesandharriss.com
Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)